UNITED STATES of America, Plaintiff–Appellee

v.

Christopher Alan RAMIREZ, Defendant–Appellant.

No. 08–20224
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

June 9, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

James Ray Alston, Attorney at Law, Houston, TX, for Defendant–Appellant.

Before DAVIS, GARZA and PRADO, Circuit Judges.

---

PER CURIAM: *

The attorney appointed to represent Christopher Alan Ramirez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ramirez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5th Cir. R. 42.2.

---

\* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.